**Order entered March 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00308-CV

## JULES S. BRENNER; CLARK HILL PLC ALSO DOING BUSINESS AS CLARK HILL STRASBURGER; AND STRASBURGER & PRICE, LLP, Appellants

## V.

## CENTURION LOGISTICS LLC DIRECTLY AND DERIVATIVELY ON BEHALF OF CENTURION PECOS TERMINAL LLC, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15964**

## ORDER

Before the Court is appellants' March 17, 2020 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due on or before April 20, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE